UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM KITCHEN,<br><br>                Plaintiff,<br><br>-against-<br><br>NEW YORK HOUSING AUTHORITY;<br>WELLS FARGO BANK; NEW YORK CITY<br>POLICE DEPARTMENT; FORMER<br>MAYOR BILL DE BLASIO,<br><br>                Defendants. | 23-CV-2759 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 23, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 23, 2023
            New York, New York

                                                    /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                           Chief United States District Judge